Eastern District of Kentucky
FILED
JUL 30 2015
AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA )
)
Plaintiff, ) Criminal No: 10-03-GFVT
)
V. ) **ORDER**
)
STACY STACEY, )
)
Defendant. )

*** *** *** ***

This matter is before the Court on the Recommended Disposition (also known as a Report and Recommendation) [R. 49] filed by United States Magistrate Judge Hanly A. Ingram. The Defendant, was charged with two violations of her supervised release: (1) using a controlled substance, and (2) committing another federal, state, or local crime. [R. 49 at 2.]

On June 18, Judge Ingram conducted a final hearing, wherein Defendant entered a voluntary and knowing stipulation.[1] [R. 49.] On July 7, Judge Ingram issued a Report and Recommendation which recommended that Defendant be sentenced to ten months imprisonment with a twenty-six month term of supervised release to follow in this case.[2] [R. 49.] Under 18 U.S.C. § 3853(e)(3), the maximum revocation sentence that could be imposed is two years imprisonment. [R. 49 at 4.] Judge Ingram appropriately considered

---

1 As noted by the Magistrate Judge, "[d]espite having admitted under oath to marijuana use, the [Magistrate] determined that Defendant's stipulation is more appropriately characterized as a stipulation of an inability to contest the government's case under the applicable preponderance of the evidence standard." [R. 49 at 7.]

2 The Court notes that Stacy Stacey is also on supervised release in 6:08-CR-123-ART. While the Magistrate's recommendation speaks to both cases, this Court only adopts the Magistrate's report with regard to this case.

the 18 U.S.C. § 3353 factors in coming to his recommended sentence. [*Id.* at 3-7.] No objections were filed during the relevant time period and Defendant waived her right of allocution. [R. 50.]

Generally, this Court must make a *de novo* determination of those portions of a recommended disposition to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, however, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Parties who fail to object to a Magistrate's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record, and it agrees with the Magistrate Judge's Recommended Disposition.

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

(1) The Recommended Disposition [R. 49] as to the Defendant, Stacy Stacey, is **ADOPTED** as and for the Opinion of the Court;

(2) Stacey is found to have violated the terms of her Supervised Release as set forth in the Petition and Addendum filed by the U.S. Probation Office;

(3) Stacey's Supervised Release is **REVOKED;**

(4) Stacey is **SENTENCED** to **TEN MONTHS** which shall be served concurrently with her sentence in 6:08-CR-123-ART;

(5) Supervised release is **REIMPOSED** for a period of twenty-six months, again to be served concurrently with her sentence in 6:08-CR-123-ART, under the

conditions recommended by the Magistrate Judge;

(6) Stacey has **WAIVED** her right to allocution [R. 50]; and,

(7) Judgment shall be entered promptly.

This 29 th day of July, 2015.

